Matter of Beardsley (2025 NY Slip Op 05416)

Matter of Beardsley

2025 NY Slip Op 05416

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, DELCONTE, AND KEANE, JJ. (Filed Sept. 26, 2025).

&em;

[*1]MATTER OF C. SAMUEL BEARDSLEY, AN ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER
Order entered accepting resignation and striking name from the roll of attorneys pursuant to 22 NYCRR 1240.10.